**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**FAYETTEVILLE DIVISION**

**UNITED STATES OF AMERICA**                                   **PLAINTIFF/RESPONDENT**

**V.**                              **CASE NO. 5:19-CR-50053**

**OTIS HILL**                                                   **DEFENDANT/PETITIONER**

## ORDER

Currently before the Court is the Report and Recommendation ("R&R") of the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas. (Doc. 48). On December 6, 2021, Defendant/Petitioner Otis Hill filed objections to the R&R. (Doc. 49). Those objections failed to engage with the R&R; instead, they simply restated the same arguments Mr. Hill made in his Motion, all of which were thoroughly addressed by Magistrate Judge Ford in his well-reasoned recommendation. On December 10, 2021, Mr. Hill filed a second set of objections to the R&R. (Doc. 50). The new objections rehash the same arguments Mr. Hill made in his Motion, Reply, and Supplemental Reply. Having reviewed the entire case *de novo*, the Court finds that Mr. Hill qualified as a career offender at the time of sentencing. His claim that his counsel was ineffective finds no support in the record.

**IT IS THEREFORE ORDERED** that the R&R is **ADOPTED IT IN ITS ENTIRETY**. The objections are **OVERRULED**, and Mr. Hill's § 2255 Petition and Motion to Vacate (Doc. 40) is **DENIED**.

**IT IS SO ORDERED** on this 13th day of December, 2021.

*/s/ Timothy L. Brooks*
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE