## IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF ARKANSAS
## FAYETTEVILLE DIVISION

**UNITED STATES OF AMERICA**                                              **PLAINTIFF**

**V.**                        **CASE NO. 5:19-CR-50053**

**OTIS HILL**                                                              **DEFENDANT**

## ORDER

Now pending before the Court is the Report and Recommendation (Doc. 59) of United States Magistrate Christy Comstock, filed on June 23, 2023. The time to object has now passed, and no objections were filed.

Accordingly, **IT IS ORDERED** that the Report and Recommendation (Doc. 59) is **ADOPTED IN ITS ENTIRETY**, and Defendant's *pro se* Motion for Compassionate Release (Doc. 53) is **DENIED**.

**IT IS SO ORDERED** on this 11th day of July, 2023.

/s/ Timothy L. Brooks
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE